**Sharon WILDER, Plaintiff–Appellant,**

v.

**SEDGWICK CLAIMS MANAGEMENT SERVICES, INC., Defendant–Appellee.**

No. 06–15776
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

May 18, 2007.

Claude H. Tison, Jr., Winkles Law Group, Tampa, FL, for Plaintiff–Appellant.

Paul Edward Parrish, Steven L. Brannock, Holland & Knight, LLP, Tampa, FL, for Defendant–Appellee.

Before BIRCH, BLACK and COX, Circuit Judges.

PER CURIAM:

Sharon Wilder appeals from the final judgment of the district court denying summary judgment to her and granting summary judgment to Sedgwick Claims Management Services, Inc. (Sedgwick) in her action to recover long-term disability benefits under an ERISA plan.

The sole issue on this appeal is whether the district court erred in granting Sedgwick summary judgment (and denying Wilder summary judgment) based upon its determination that Sedgwick's denial of Wilder's claim was not arbitrary and capricious.

After careful review, we conclude that Sedgwick was properly granted summary judgment for the reasons stated in Part IV of the district court's opinion. (R.1–31 at 9–22.)

**AFFIRMED.**